**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☒ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Awad**<br>First name<br><br>**Musa**<br>Middle name<br><br>**Odeh**<br>Last name and Suffix (Sr., Jr., II, III) | **Julia**<br>First name<br><br>**H.**<br>Middle name<br><br>**Salameh**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Awad Musa Hamdan** |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4346 | xxx-xx-2453 |

| Debtor 1 | **Awad Musa Odeh** | |
|---|---|---|
| Debtor 2 | **Julia H. Salameh** | Case number *(if known)* |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **4.** | **Your Employer Identification Number (EIN), if any.** | | |
| | | EIN | EIN |

| | | | |
|---|---|---|---|
| **5.** | **Where you live** | | **If Debtor 2 lives at a different address:** |
| | | **10685 Granada Ct.** <br> **Palos Hills, IL 60465** <br> Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| | | **Cook** <br> County | County |
| | | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:* <br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | **Awad Musa Odeh** | |
|---|---|---|
| Debtor 2 | **Julia H. Salameh** | Case number *(if known)* _____ |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see* Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Awad Musa Odeh**
Debtor 2   **Julia H. Salameh**

Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Awad Musa Odeh**
Debtor 2    **Julia H. Salameh**

Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **Awad Musa Odeh**
Debtor 2    **Julia H. Salameh**

Case number *(if known)* _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

  **16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    ■ No. Go to line 16b.

    ☐ Yes. Go to line 17.

  **16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

    ☐ No. Go to line 16c.

    ■ Yes. Go to line 17.

  **16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

  ■ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

  ☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☐ No

    ☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19.** How much do you estimate your assets to be worth?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20.** How much do you estimate your liabilities to be?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Awad Musa Odeh | /s/ Julia H. Salameh |
|---|---|
| **Awad Musa Odeh** | **Julia H. Salameh** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on   **May 3, 2023** | Executed on   **May 3, 2023** |
| MM / DD / YYYY | MM / DD / YYYY |

---

| Debtor 1 | **Awad Musa Odeh** | |
|---|---|---|
| Debtor 2 | **Julia H. Salameh** | Case number *(if known)* |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| **/s/ Jeffrey K. Paulsen** | Date | **May  3, 2023** |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Jeffrey K. Paulsen 6300528**
Printed name

**FactorLaw**
Firm name

**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

| Contact phone | **312-878-6976** | Email address | **jpaulsen@wfactorlaw.com** |
|---|---|---|---|

**6300528 IL**
Bar number & State

---

**Voluntary Petition for Individuals Filing for Bankruptcy**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Awad Musa Odeh** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Julia H. Salameh** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | | Unsecured claim |
|---|---|---|---|

**1**

**Ahmad Zahdan**
**c/o William P. Danna, Ltd.**
**1105 Burlington Ave**
**Western Springs, IL 60558**

What is the nature of the claim?    **Judgment entered August 6, 2021**    $1,037,068.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    $1,037,068.00
Value of security:    - **Unknown**
Unsecured claim    $1,037,068.00

_____
Contact

_____
Contact phone

**2**

**Ammar Katerji**
**c/o Attorney Zubair A. Khan**
**550 W. Washington, #201**
**Chicago, IL 60661**

What is the nature of the claim?    **Civil Judgment; IL Circuit Court of Cook County 2021-L-008187**    $250,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

| Debtor 1 | **Awad Musa Odeh** |
|----------|--------------------|
| Debtor 2 | **Julia H. Salameh** |

Case number (if known) _____

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Contact _____

Value of security:  - _____

Contact phone _____

Unsecured claim _____

---

**3**

**Backlotcars, Inc.**
**c/o Krieg DeVault LLP**
**33 N Dearborn, Suite 1140**
**Chicago, IL 60602**

**What is the nature of the claim?**   Civil Judgment, Registered in Illinois 2021-M1-500141, originally Johnson County, Kansas 2020-CV-03082   **$54,429.50**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Contact _____

Value of security:  - _____

Contact phone _____

Unsecured claim _____

---

**4**

**Bassel Atassi**
**c/o Attorney Zubair A. Khan**
**550 W. Washington, #201**
**Chicago, IL 60661**

**What is the nature of the claim?**   Civil Judgment; IL Circuit Court of Cook County 2021-L-008187   **$202,496.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Contact _____

Value of security:  - _____

Contact phone _____

Unsecured claim _____

---

**5**

**Eastern Funding LLC**
**c/o Askounis & Darcy, P.C.**
**444 N. Michigan Ave., Suite 3270**
**Chicago, IL 60611**

**What is the nature of the claim?**   Civil Judgement; Illinois Circuit Court of Cook County 2020-L-012363   **$104,448.84**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

---

| Debtor 1 | **Awad Musa Odeh** | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **Julia H. Salameh** | | | |

---

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Value of security:                                    - _____

Unsecured claim                                         _____

Contact

Contact phone

---

**6**

**Ginwa Martini**
**c/o Attorney Zubair A. Khan**
**550 W. Washington, #201**
**Chicago, IL 60661**

**What is the nature of the claim?**   **Civil Judgment; IL Circuit Court of Cook County 2021-L-008187**   **$1,976,938.09**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Value of security:                                    - _____

Contact

Contact phone                                         Unsecured claim       _____

---

**7**

**Hollander Holdings LLC**
**Attn Jon Hollander, Manager**
**1801 Pratt Boulevard**
**Elk Grove Village, IL 60007-5904**

**What is the nature of the claim?**   **Judgment**   **$90,000.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)   **$90,000.00**

Value of security:                                    - **Unknown**

Contact

Contact phone                                         Unsecured claim       **$90,000.00**

---

**8**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**What is the nature of the claim?**   **Notice of Federal Tax Lien**   **$153,488.61**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)   **$153,488.61**

Value of security:                                    - _____

Contact

---

Debtor 1   **Awad Musa Odeh**
Debtor 2   **Julia H. Salameh**                                    Case number *(if known)*

| Contact phone | Unsecured claim | Unknown |
|---|---|---|
| | | $153,488.61 |

| 9 | | What is the nature of the claim? | Civil Judgment; IL Circuit Court of Cook County 2021-L-012601 | $125,000.00 |
|---|---|---|---|---|

**Isa Hamdan**
c/o Attorney Mohammed A. Nofal
33 N Dearborn, Suite 1600
Chicago, IL 60602

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:
    Unsecured claim

Contact

Contact phone

| 10 | | What is the nature of the claim? | Civil Judgment, Registered in Illinois 22020-L-050055, originally Dade County, Florida 16-032238-CA-01 | $141,246.27 |
|---|---|---|---|---|

**Knight Capital Funding III, LLC**
c/o Spilotro Law Group, LLC
Chicago, IL 60646

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:
    Unsecured claim

Contact

Contact phone

| 11 | | What is the nature of the claim? | Civil Judgment; IL Circuit Court of Cook County 2021-L-008187 | $75,601.86 |
|---|---|---|---|---|

**Linda Hamadeh**
c/o Attorney Zubair A. Khan
550 W. Washington, #201
Chicago, IL 60661

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No

Debtor 1   **Awad Musa Odeh**

Debtor 2   **Julia H. Salameh**          Case number *(if known)* _____

Contact _____     ☐   Yes. Total claim (secured and unsecured)
                                          Value of security:        - _____
Contact phone _____    Unsecured claim            _____

---

| 12 | | | |
|---|---|---|---|

**Maen Martini**
c/o Attorney Zubair A. Khan
550 W. Washington, #201
Chicago, IL 60661

**What is the nature of the claim?**   Civil Judgment; IL Circuit Court of Cook County 2021-L-008187    $783,677.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:        - _____
       Unsecured claim            _____

Contact _____

Contact phone _____

---

| 13 | | | |
|---|---|---|---|

**Maher Jandali**
c/o Attorney Zubair A. Khan
550 W. Washington, #201
Chicago, IL 60661

**What is the nature of the claim?**   Civil Judgment; IL Circuit Court of Cook County 2021-L-008187    $393,509.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:        - _____
       Unsecured claim            _____

Contact _____

Contact phone _____

---

| 14 | | | |
|---|---|---|---|

**Mohamad Shukairy**
c/o Parikh Law Group, LLC
150 South Wacker Dr., Suite 2600
Chicago, IL 60606

**What is the nature of the claim?**   Civil Judgment; IL Circuit Court of Cook County 2021-L-001009    $350,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   _____

Contact _____

---

| Debtor 1 | **Awad Musa Odeh** | | |
|---|---|---|---|
| Debtor 2 | **Julia H. Salameh** | Case number *(if known)* | |

Contact phone _____

Value of security: _____ - _____
Unsecured claim _____

---

| **15** | | What is the nature of the claim? | **Civil Judgment; IL Circuit Court of Cook County 2021-L-008187** | **$150,194.32** |

**Muhammad Hamadeh**
**c/o Attorney Zubair A. Khan**
**550 W. Washington, #201**
**Chicago, IL 60661**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Contact _____

Contact phone _____

Value of security: _____ - _____
Unsecured claim _____

---

| **16** | | What is the nature of the claim? | **Civil Judgment; IL Circuit Court of Cook County 2021-L-008187** | **$610,513.00** |

**Nabil Jaber**
**c/o Attorney Zubair A. Khan**
**550 W. Washington, #201**
**Chicago, IL 60661**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Contact _____

Contact phone _____

Value of security: _____ - _____
Unsecured claim _____

---

| **17** | | What is the nature of the claim? | **Civil Judgment; Illinois Circuit Court of Cook County 2018-L-010569** | **$246,940.98** |

**Rapid Capital Finance, LLC**
**c/o Law Offc. of Ronald J. Hennings**
**PO Box 4106**
**Saint Charles, IL 60174-4106**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Contact _____

Value of security: _____ - _____

| Debtor 1 | **Awad Musa Odeh** | |
|---|---|---|
| Debtor 2 | **Julia H. Salameh** | Case number *(if known)* |

| Contact phone | Unsecured claim |
|---|---|

---

**18**

**Sallie Mae, Inc**
**Attn:  Bankruptcy**
**Po Box 9500**
**Wilkes Barre, PA 18773**

What is the nature of the claim?   **Educational**   $114,491.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:  -
  Unsecured claim

Contact

Contact phone

---

**19**

**U.S. Small Business**
**Administration**
**2 North Street, Suite 320**
**Birmingham, AL 35203**

What is the nature of the claim?   **UCC File No. 025543890**   $150,000.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:  -
  Unsecured claim

Contact

Contact phone

---

**20**

**U.S. Small Business**
**Administration**
**2 North Street, Suite 320**
**Birmingham, AL 35203**

What is the nature of the claim?   **UCC File No. 025712722**   $50,000.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:  -
  Unsecured claim

Contact

Contact phone

---

**Part 2:   Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Awad Musa Odeh**                          X  **/s/ Julia H. Salameh**

Debtor 1     **Awad Musa Odeh**

Debtor 2     **Julia H. Salameh** _____     Case number *(if known)* _____

**Awad Musa Odeh**                                           **Julia H. Salameh**

Signature of Debtor 1                                         Signature of Debtor 2

Date  _____                           Date  _____

Ahmad Zahdan
c/o William P. Danna, Ltd.
1105 Burlington Ave
Western Springs, IL 60558


Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


Ammar Katerji
c/o Attorney Zubair A. Khan
550 W. Washington, #201
Chicago, IL 60661


Anton Higgins
1339 South Keeler
Chicago, IL 60623


Apex Motorworks, Inc.
c/o Awad M. Odeh, President
10685 S Granada Court
Palos Hills, IL 60465


Atlantic Capital Bank
Attn: Bankruptcy
945 E Paces Ferry Rd 16th Fl
Atlanta, GA 30326


Automotive Finance Corporation
13085 Hamilton Xing, #300
Carmel, IN 46032


Backlotcars, Inc.
c/o Krieg DeVault LLP
33 N Dearborn, Suite 1140
Chicago, IL 60602


Backlotcars, Inc.
1712 Main St., 6th Floor
Kansas City, MO 64108


Bassel Atassi
c/o Attorney Zubair A. Khan
550 W. Washington, #201
Chicago, IL 60661

Bmw Financial Services
Attn: Bankruptcy/Correspondence
Po Box 3608
Dublin, OH 43016


C T Corporation System, As Represen
330 N. Brand Blvd., Suite 700; ATT
Glendale, CA 91203


Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024


Cbna
Attn: Centralized Bankruptcy
Po Box 790040
St. Louis, MO 63179


Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850


CHTD Company
PO Box 2576
Springfield, IL 62708


Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179


City of Chicago
c/o Lori LIghtfoot, Mayor
121 N. LaSalle St.
Chicago, IL 60602


Corporation Service Company, As Rep
PO Box 2576
Springfield, IL 62708


Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

CT Corporation System, As Represent
330 N. Brand Blvd., Suite 700; ATT
Glendale, CA 91203

David M. Katinsky, Chief
PO Box 55
Ben Franklin Station
Washington, DC 20044

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Eastern Funding LLC
c/o Askounis & Darcy, P.C.
444 N. Michigan Ave., Suite 3270
Chicago, IL 60611

Fadi Sahouri

Financial Agent Services
PO Box 2576
Springfield, IL 62708

Funding Metrics LLC
c/o Harvard Buisness Svcs. Inc. R.A
16192 Coastal Hwy
Lewes, DE 19958

Ginwa Martini
c/o Attorney Zubair A. Khan
550 W. Washington, #201
Chicago, IL 60661

Greensky
Attn: Bankruptcy Dept
5565 Gleridge Connector, Ste 700
Atlanta, GA 30342

Guidance Res/usbhm
4801 Frederica St.
Owensboro, KY 42301

Haymarket Insurance Co.
c/o Law Off of Robert J Augenlicht
123 W Madison St., Suite 700
Chicago, IL 60602


Haymarket Insurance Company
c/o 1128 Asset Management LLC
5600 Tennyson Parkway, Suite 215
Plano, TX 75024


Hollander Holdings LLC
Attn Jon Hollander, Manager
1801 Pratt Boulevard
Elk Grove Village, IL 60007-5904


Illinois Department of Revenue
Lien Unit
PO Box 19035
Springfield, IL 62794-9035


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Interstate Automotive, Inc.
c/o Awad Odeh, Pres. and R.A.
2430 W Ogden Ave
Chicago, IL 60608


Isa Hamdan
c/o Attorney Mohammed A. Nofal
33 N Dearborn, Suite 1600
Chicago, IL 60602


Kinetic Advantage, LLC
10333 N. Meridian St., Suite 400
Carmel, IN 46290


Knight Capital Funding III, LLC
c/o Spilotro Law Group, LLC
Chicago, IL 60646


Linda Hamadeh
c/o Attorney Zubair A. Khan
550 W. Washington, #201
Chicago, IL 60661

MA Jeweler Watch Repair
c/o Matton and Werwas, PC
134 N. LaSalle Street, Suite 1040
Chicago, IL 60602


Maen Martini
c/o Attorney Zubair A. Khan
550 W. Washington, #201
Chicago, IL 60661


Maher Jandali
c/o Attorney Zubair A. Khan
550 W. Washington, #201
Chicago, IL 60661


Mantis Funding LLC
c/o Teller, Levit & Silvertrust
19 S LaSalle St, Suite 701
Chicago, IL 60603


Mantis Funding LLC
c/o Buisness Filings Inc., R.A.
108 West 13th St
Wilmington, DE 19801


Midwest Trade Alliance Corp
Suhaib M. Odeh, R.A.
9937 S 88th Ave
Palos Hills, IL 60465


Mohamad Musa Odeh
9937 S 88th Avenue
Palos Hills, IL 60465


Mohamad Shukairy
c/o Parikh Law Group, LLC
150 South Wacker Dr., Suite 2600
Chicago, IL 60606


Muhammad Hamadeh
c/o Attorney Zubair A. Khan
550 W. Washington, #201
Chicago, IL 60661

Nabil Jaber
c/o Attorney Zubair A. Khan
550 W. Washington, #201
Chicago, IL 60661


Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barr, PA 18773


New 18th & Blue Island Currency
c/o Sorman & Frankel, Ltd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601


New 18th & Blue Island Currency Exc
c/o Scott Kapp, R.A.
444 W Lake St, Ste 900
Chicago, IL 60606


NextGear Capital, Inc.
1320 City Center Dr., Ste. 100
Carmel, IN 46320


NextGear Capital, Inc.
11799 North College Avenue
Carmel, IN 46032


Nordstrom FSB
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155


North American Refinery Nar Inc.
c/o Mouhamad Musa Odeh, President
9937 S 88th Avenue
Palos Hills, IL 60465


North American Trading Inc.
c/o Suhaib M. Odeh, President
9937 S 88th Ave
Palos Hills, IL 60465


Pep Boys Manny Moe & Jack
3111 W. Allegheny Avenue
Philadelphia, PA 19132

Odeh, Awad and Julia

Precise Corporate Av Solutions Inco
10685 Granada Ct.
Palos Hills, IL 60465

Rapid Capital Finance, LLC
c/o Law Offc. of Ronald J. Hennings
PO Box 4106
Saint Charles, IL 60174-4106

Reliant Asset Corporation
c/o Awad Odeh, President
10685 Granada Court
Palos Hills, IL 60465

Sallie Mae, Inc
Attn: Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773

Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165

Select Portfolio Servicing, Inc.
PO Box 65450
Salt Lake City, UT 84165-0450

SouthState Bank, N.A.
c/o SelfFinancial
515 Congress Ave., Suite 2200
Austin, TX 78701

Suhaib M. Odeh
1306 Spyglass Circle
Worth, IL 60482

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

United States Attorney
Civil Process Clerk
219 South Dearborn Street Room 500
Chicago, IL 60604


Westlake Flooring Company, LLC
4751 Wilshire Blvd.
Los Angeles, CA 90010